IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRANDON SMITH, | ) | |
|     Plaintiff, | ) | Civil Action No. 3:21-cv-00565 |
| | ) | Judge Richardson/Frensley |
| v. | ) | |
| | ) | |
| TRI-STAR ENERGY, LLC, | ) | |
|     Defendant. | ) | |

## ORDER

On October 19, 2022, the Parties filed a status report in this matter and other related matters that they reached an agreement to resolve this matter and were in the process of preparing the necessary documents to formalize the agreement. Docket No. 32. The report stated that the Parties expected to complete the process within the next 21 days and would file a notice or stipulation of voluntary dismissal. *Id.*

To date, the Parties have not filed any notice or stipulation of voluntary dismissal. By **February 1, 2023**, the Parties shall file a stipulation of dismissal of these matters or a status report indicating when they expect to do so.

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**